THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COWLITZ COUNTY, a political subdivision of Washington, and COWLITZ COUNTY YOUTH SERVICES CENTER, a department of Cowlitz Superior Court,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF WASHINGTON, a public education institution, and ANGELINA GODOY, Center of Human Rights of University of Washington,<br><br>Defendants.<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor, | CASE NO. 3:19-cv-06250-RSM<br><br>STIPULATED MOTION TO STAY PENDING SETTLEMENT NEGOTIATIONS<br><br><br>**NOTED ON MOTION CALENDAR:**<br>**AUGUST 27, 2020** |

## **JOINT STIPULATION**

The Parties, through their counsel, are currently engaged in settlement negotiations in an effort to resolve this litigation without further motions practice. The parties therefore jointly

STIPULATED STAY PENDING
SETTLEMENT NEGOTIATIONS
3:19-cv-06250-RBL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

stipulate that there is good cause for a brief 60-day stay of this above-captioned litigation. The Parties request that this Court stay the current briefing deadlines and stay this matter for 60 days, after which the Parties will file a status report apprising the Court of whether this action may be dismissed or whether there are issues in need of resolution by the Court.

**SO STIPULATED.**

**DATED** this 27thd day of August, 2020.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br><br>By: *s/ Eric M Stahl*<br>Eric M. Stahl, WSBA #27619<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: ericstahl@dwt.com<br><br>Nancy S. Garland, WSBA #43501<br>Washington Attorney General's Office<br>University of Washington Division<br>4333 Brooklyn Avenue NE, 18th Floor<br>Seattle, WA 98195-9475<br>Telephone: (206)543-4150<br>Fax: (206)543-0779<br>Email: nancy.garland@atg.wa.gov<br>Attorneys for University of Washington and Professor Angelina Snodgrass Godoy | BRIAN T. MORAN<br>United States Attorney<br><br>By: *s/ Katie D. Fairchild*<br>Katie D. Fairchild, WSBA #47712<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Telephone: (206) 553-4358<br>Fax: (206) 553-4067<br>Email: katie.fairchild@usdoj.gov<br>Attorneys for the United States<br><br>COWLITZ COUNTY<br>PROSECUTOR'S OFFICE<br><br>By: *s/ Douglas E. Jensen*<br>Douglas Emry Jensen, WSBA #20127<br>Dana E. Gigler, WSBA #38193<br>David John Berger, WSBA #48480<br>312 SW 1st Avenue<br>Kelso, WA 98626<br>Telephone: (360) 577-3080<br>Email: jensend@co.cowlitz.wa.us<br>          giglerd@co.cowlitz.wa.us<br>          Bergerd@co.cowlitz.wa.us<br>Attorneys for Cowlitz County and Cowlitz County Youth Services Center |

STIPULATED STAY PENDING
SETTLEMENT NEGOTATIONS
3:19-cv-06250-RBL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED.**

Dated this 31st day of August, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED STAY PENDING
SETTLEMENT NEGOTATIONS
3:19-cv-06250-RBL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970