THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COWLITZ COUNTY, a political subdivision of Washington, and COWLITZ COUNTY YOUTH SERVICES CENTER, a department of Cowlitz Superior Court,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF WASHINGTON, a public education institution, and ANGELINA GODOY, Center of Human Rights of University of Washington,<br><br>Defendants.<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor, | CASE NO. 3:19-cv-06250-RSM<br><br>STIPULATED MOTION TO STAY PENDING SETTLEMENT NEGOTIATIONS<br><br><br><br>**NOTED ON MOTION CALENDAR: OCTOBER 29, 2020** |

## JOINT STIPULATION

The Parties, through their counsel, are currently engaged in settlement negotiations in an effort to resolve this litigation without further motions practice. The parties have made progress towards

STIPULATED STAY PENDING
SETTLEMENT NEGOTIATIONS
3:19-cv-06250-RBL
PAGE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

resolution but need more time to continue these efforts.  The parties therefore jointly stipulate that there is good cause for a further 60-day stay of this above-captioned litigation.  The Parties request that this Court continue to stay the current briefing deadlines and stay this matter for 60 days, after which the Parties will file a status report apprising the Court of whether this action may be dismissed or whether there are issues in need of resolution by the Court.

**SO STIPULATED.**

**DATED** this 29th day of October, 2020.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | BRIAN T. MORAN<br>United States Attorney |
| By: *s/ Eric M Stahl*<br>Eric M. Stahl, WSBA #27619<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: ericstahl@dwt.com | By: *s/ Katie D. Fairchild*<br>Katie D. Fairchild, WSBA #47712<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Telephone: (206) 553-4358<br>Fax: (206) 553-4067<br>Email: katie.fairchild@usdoj.gov<br>Attorneys for the United States |
| Nancy S. Garland, WSBA #43501<br>Washington Attorney General's Office<br>University of Washington Division<br>4333 Brooklyn Avenue NE, 18th Floor<br>Seattle, WA  98195-9475<br>Telephone:  (206)543-4150<br>Fax:  (206)543-0779<br>Email:  nancy.garland@atg.wa.gov<br>Attorneys for University of Washington and Professor Angelina Snodgrass Godoy | COWLITZ COUNTY<br>PROSECUTOR'S OFFICE<br><br>By: *s/ Douiglas Emry Jensen*<br>Douglas Emry Jensen, WSBA #20127<br>Dana E. Gigler, WSBA #38193<br>David John Berger, WSBA #48480<br>312 SW 1st Avenue<br>Kelso, WA 98626<br>Telephone: (360) 577-3080<br>Email: jensend@co.cowlitz.wa.us<br>      giglerd@co.cowlitz.wa.us<br>      Bergerd@co.cowlitz.wa.us<br>Attorneys for Cowlitz County and<br>Cowlitz County Youth Services Center |

STIPULATED STAY PENDING
SETTLEMENT NEGOTIATIONS
3:19-cv-06250-RBL
PAGE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED.**

Dated this 29th day of October, 2020.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED STAY PENDING
SETTLEMENT NEGOTATIONS
3:19-cv-06250-RBL
PAGE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970