THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COWLITZ COUNTY, a political subdivision of Washington, and COWLITZ COUNTY YOUTH SERVICES CENTER, a department of Cowlitz Superior Court,

    Plaintiffs,

vs.

UNIVERSITY OF WASHINGTON, a public education institution, and ANGELINA GODOY, Center of Human Rights of University of Washington,

    Defendants.

and

UNITED STATES OF AMERICA,

    Intervenor,

CASE NO.  3:19-cv-06250-RSM

STIPULATED MOTION TO STAY PENDING SETTLEMENT NEGOTIATIONS

**NOTED ON MOTION CALENDAR: DECEMBER 28, 2020**

## **JOINT STIPULATION**

The parties, through their counsel, are currently engaged in settlement negotiations in an effort to resolve this litigation with limited further motions practice.  The parties have made

STIPULATED STAY PENDING
SETTLEMENT NEGOTIATIONS
3:19-cv-06250-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

progress towards resolution but need more time to continue these efforts.  In particular, since the last stipulated motion, Dkt. 48, records were produced to the University of Washington and Professor Godoy ("UW"), and UW and the United States Customs and Immigration Enforcement ("ICE") are continuing to confer regarding certain Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, exemptions claimed by ICE.  The parties request that this Court continue to stay this matter for 60 days, during with time ICE will provide to UW a *Vaughn* index and UW anticipates withdrawing its records request to Cowlitz at issue in this litigation.  During this period, the parties propose to confer regarding what disputes, if any, may remain in this litigation and afterward provide a status update or proposed final briefing schedule to this Court.  The parties therefore jointly stipulate that there is good cause for a further 60-day stay of this above-captioned litigation.

**SO STIPULATED.**

**DATED** this 28th day of December, 2020.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Eric M. Stahl*
    Eric M. Stahl, WSBA #27619
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    Email: ericstahl@dwt.com

BRIAN T. MORAN
United States Attorney

By: *s/ Katie D. Fairchild*
    Katie D. Fairchild, WSBA #47712
    Assistant United States Attorney
    700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
    Telephone: (206) 553-4358
    Fax: (206) 553-4067
    Email: katie.fairchild@usdoj.gov
    Attorneys for the United States

COWLITZ COUNTY
PROSECUTOR'S OFFICE

By: *s/ Douglas Emry Jensen*
    Douglas Emry Jensen, WSBA #20127
    Dana E. Gigler, WSBA #38193

STIPULATED STAY PENDING
SETTLEMENT NEGOTATIONS
3:19-cv-06250-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Nancy S. Garland, WSBA #43501  
Washington Attorney General's Office  
University of Washington Division  
4333 Brooklyn Avenue NE, 18th Floor  
Seattle, WA  98195-9475  
Telephone:  (206)543-4150  
Fax:  (206)543-0779  
Email:  nancy.garland@atg.wa.gov  
Attorneys for University of Washington and Professor Angelina Snodgrass Godoy

David John Berger, WSBA #48480  
312 SW 1st Avenue  
Kelso, WA 98626  
Telephone: (360) 577-3080  
Email: jensend@co.cowlitz.wa.us  
          giglerd@co.cowlitz.wa.us  
          Bergerd@co.cowlitz.wa.us  
Attorneys for Cowlitz County and Cowlitz County Youth Services Center

2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

STIPULATED STAY PENDING  
SETTLEMENT NEGOTATIONS  
3:19-cv-06250-RSM - 3

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

**ORDER**

**IT IS SO ORDERED.**

Dated this 29th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED STAY PENDING
SETTLEMENT NEGOTATIONS
3:19-cv-06250-RSM - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970